FILED
2026 Nov-23 AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

**FERNANDO RAY RABB,**
Petitioner,

**v.**

**KEVIN TURNER,**
Respondent.

**Case No. 5:26-cv-88-CLM-GMB**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court dismiss Petitioner Fernando Ray Rabb's pro se 28 U.S.C. § 2241 petition without prejudice for failure to exhaust state court remedies. (Doc. 9). Rabb has timely objected to the magistrate judge's recommendation. (Doc. 11).

As best the court can tell, Rabb argues that the court should excuse his failure to exhaust because Respondent Kevin Turner's answer didn't comply with the court's order to show cause or applicable law because Turner did not address the merits of Rabb's claims. (*See* Doc. 11, pp. 2, 3–5). Rabb also asserts that the court can excuse his failure to exhaust because his claims are "exceptional" in that he contends that his constitutional rights were violated through the criminal act of fraud. (*See id.*, pp. 3–5, 7). Rabb finally suggests that Turner purposely did not address the merits of his claims to evade accountability for the fraud perpetuated on Rabb in state court. (*See id.*, pp. 5–7). As explained below, Rabb's objections lack merit.

Turner appropriately responded to the court's order to show cause by arguing that the court should dismiss each of Rabb's claims for failure to exhaust. (*See* Docs. 4, 6). And as the magistrate judge explained, Rabb must complete the state appellate review process to properly exhaust his habeas claims. (Doc. 9, pp. 4–5). Rabb has not done so. Nor do Rabb's filings in this court (docs. 1, 8, & 11) establish that it would be futile for Rabb to pursue his

state court remedies as Rabb has not "demonstrate[d] that the 'state court has unreasonably or without explanation failed to address petitions for relief.'" *Johnson v. Florida*, 32 F.4th 1092, 1097 (11th Cir. 2022) (quoting *Hollis v. Davis*, 941 F.2d 1471, 1475 (11th Cir. 1991)). Thus, the court **OVERRULES** Rabb's objections.

Having considered the record, including the magistrate judge's report and Rabb's objections, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss Rabb's § 2241 habeas petition without prejudice for failure to exhaust state court remedies.

The court will enter a separate final judgment that closes this case.

**DONE** and **ORDERED** on November 23, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE